**B1 (Official Form 1)(4/10)**

# United States Bankruptcy Court
## Western District of Kentucky

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Boone Gardiner Garden Center Inc** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**61-1067318** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6300 Old LaGrange Rd**<br>**Crestwood, KY**<br>ZIP Code **40014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oldham** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Boone Gardiner Garden Center Inc** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Boone Gardiner Garden Center Inc** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Neil C Bordy**
Signature of Attorney for Debtor(s)

**Neil C Bordy**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**

Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**June 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Matthew Boone Gardiner**
Signature of Authorized Individual

**Matthew Boone Gardiner**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 23, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# MINUTES OF SPECIAL MEETING OF
# THE BOARD OF DIRECTORS
# OF
# BOONE GARDINER GARDEN CENTER, INC.

A special meeting of the Board of Directors of Boone Gardiner Garden Center, Inc. was held in the offices of Seiller Waterman LLC on 21st day of June, 2010 at 10:00 a.m. Present was Matthew Boone Gardiner, comprising the entire board.

The Chairman stated that the corporation could not pay its debts as they accrued. After discussion, the following resolutions were unanimously carried:

>RESOLVED, that the company file a Chapter 11 bankruptcy and Matthew Boone Gardiner is authorized to sign all documents and take whatever action is necessary to effectuate this resolution.
>
>FURTHER RESOLVED that the company retain the services of Neil C. Bordy and Seiller Waterman LLC to represent the company in its Chapter 11.

There being no further business to come before the Board, the meeting was adjourned.

/s/ Matthew Boone Gardiner
MATTHEW BOONE GARDINER

G:\doc\NCB\Boone Gardiner\CorpRes.wpd

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Boone Gardiner Garden Center Inc**             Case No.
                         Debtor(s)                      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **PNC Bank** <br> **c/o SRA Assoiates Inc** <br> **401 Minnetonka Rd** <br> **Somerdale, NJ 08083** | **PNC Bank** <br> **c/o SRA Assoiates Inc** <br> **401 Minnetonka Rd** <br> **Somerdale, NJ 08083** | | | **78,069.56** |
| **Barbara Knebelkamp** <br> **6709 Brownsboro Rd** <br> **Louisville, KY 40222** | **Barbara Knebelkamp** <br> **6709 Brownsboro Rd** <br> **Louisville, KY 40222** | | | **46,394.77** |
| **Riverfarm Nursery** <br> **Attn Pat Carey** <br> **POB 32230** <br> **Louisville, KY 40232** | **Riverfarm Nursery** <br> **Attn Pat Carey** <br> **POB 32230** <br> **Louisville, KY 40232** | | | **22,188.80** |
| **Scarrfs Nursery** <br> **Attn Peter Scarff** <br> **411 N State Route 235** <br> **New Carlisle, OH 45344-2149** | **Scarrfs Nursery** <br> **Attn Peter Scarff** <br> **411 N State Route 235** <br> **New Carlisle, OH 45344-2149** | | | **17,122.16** |
| **Iseli Nursery Inc** <br> **36518 Treasury Center** <br> **Chicago, IL 60694-6500** | **Iseli Nursery Inc** <br> **36518 Treasury Center** <br> **Chicago, IL 60694-6500** | | | **16,750.00** |
| **Chase Cardmember Service** <br> **POB 15153** <br> **Wilmington, DE 19886-5153** | **Chase Cardmember Service** <br> **POB 15153** <br> **Wilmington, DE 19886-5153** | | | **15,856.08** |
| **PNC Busines Platinum** <br> **POB 790408** <br> **Saint Louis, MO 63179-0408** | **PNC Busines Platinum** <br> **POB 790408** <br> **Saint Louis, MO 63179-0408** | | | **15,772.46** |
| **American Funds Service Co** <br> **POB 6007** <br> **Indianapolis, IN 46206-6007** | **American Funds Service Co** <br> **POB 6007** <br> **Indianapolis, IN 46206-6007** | | | **15,732.07** |
| **Yew Dell Inc** <br> **Attn Paul Coppiello** <br> **POB 1334** <br> **Crestwood, KY 40014** | **Yew Dell Inc** <br> **Attn Paul Coppiello** <br> **POB 1334** <br> **Crestwood, KY 40014** | | | **14,650.00** |
| **Koetter Pave Inc** <br> **2999 Industrial Parkway** <br> **Jeffersonville, IN 47130** | **Koetter Pave Inc** <br> **2999 Industrial Parkway** <br> **Jeffersonville, IN 47130** | | | **13,848.00** |
| **Kentucky State Treasurer** <br> **Revenue Cabinet** <br> **Frankfort, KY 40619** | **Kentucky State Treasurer** <br> **Revenue Cabinet** <br> **Frankfort, KY 40619** | | | **12,536.10** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Boone Gardiner Garden Center Inc**        Case No. _____

                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Discover<br>POB 15735<br>Wilmington, DE 19886-5735 | Discover<br>POB 15735<br>Wilmington, DE 19886-5735 | | | 11,862.33 |
| Monrovia Growers<br>Attn: Veronica<br>POB 406964<br>Atlanta, GA 30384-6964 | Monrovia Growers<br>Attn: Veronica<br>POB 406964<br>Atlanta, GA 30384-6964 | | | 9,969.75 |
| Bountiful Farms Nursery<br>17280 Boone's Ferry Rd NE<br>Woodburn, OR 97071 | Bountiful Farms Nursery<br>17280 Boone's Ferry Rd NE<br>Woodburn, OR 97071 | | | 9,543.00 |
| Capital One<br>POB 85184<br>Richmond, VA 23285-5184 | Capital One<br>POB 85184<br>Richmond, VA 23285-5184 | | | 9,310.85 |
| Little Creek Nursery<br>1229 John Oliver Road<br>Mc Minnville, TN 37110 | Little Creek Nursery<br>1229 John Oliver Road<br>Mc Minnville, TN 37110 | | | 8,886.00 |
| John Deere Landscapes<br>24110 Network Place<br>Chicago, IL 60673-1241 | John Deere Landscapes<br>24110 Network Place<br>Chicago, IL 60673-1241 | | | 8,576.35 |
| Advanta Platinum<br>POB 8088<br>Philadelphia, PA 19101-8088 | Advanta Platinum<br>POB 8088<br>Philadelphia, PA 19101-8088 | | | 7,691.00 |
| Walters Gardens Inc<br>POB 137<br>Zeeland, MI 49464-0137 | Walters Gardens Inc<br>POB 137<br>Zeeland, MI 49464-0137 | | | 6,803.87 |
| Darnel Inc<br>c/o Brian Yosef, Esq<br>Brickell Bayview Centre Ste 1720<br>80 SW 8th St<br>Miami, FL 33130 | Darnel Inc<br>c/o Brian Yosef, Esq<br>Brickell Bayview Centre Ste 1720<br>Miami, FL 33130 | | | 5,911.61 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 23, 2010**        Signature **/s/ Matthew Boone Gardiner**
                                                                     **Matthew Boone Gardiner**
                                                                     **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Advanta Platinum
POB 8088
Philadelphia PA 19101-8088

Allied Nursery
10906 Electron Drive
Louisville KY 40299

Alpha Nursery
5050 Hazel Greed Rd NE
Salem OR 97305

American Funds Service Co
POB 6007
Indianapolis IN 46206-6007

Arett Sales Corp
75 Remittane Dr St 3066
Chicago IL 60675-3066

Art's Rental Equipment & Supply
215 E Sixth St
Newport KY 41071

Avaya Financial Services
`POB 93000
Chicago IL 60673-3000

Barbara Knebelkamp
6709 Brownsboro Rd
Louisville KY 40222

Beards Outdoor Power Equipment
6315 W Hyw 146
Crestwood KY 40014

Bell South
POB 70807
Charlotte NC 28272-0807

Bountiful Farms Nursery
17280 Boone's Ferry Rd NE
Woodburn OR 97071

Buntons Seed
939 East Jefferson Street
Louisville KY 40206

Bush Sod Farms
8300 Hudson Lane
Louisville KY 40291

Capital One
Attn: Remittance Process
POB 85184
Richmond VA 23285-5184

Capital One
POB 85184
Richmond VA 23285-5184

CB&T
Attn: Tom Bannon
4305 Brownsboro Road
Louisville KY 40207-1667

Chase Cardmember Service
POB 15153
Wilmington DE 19886-5153

Commerce Corporation
POB 64384
Baltimore MD 21264-4384

Commonwealth Bank & Trust
Summitt Branch
4350 Brownsboro Rd Ste 310
Louisville KY 40207-1667

Construction Machinery Co
POB 175
Fisherville KY 40023

Crane Landscaping Inc
Attn: Paul Crane
12305 Old LaGrange Road
Louisville KY 40245

Crestwood Plumbing
POB 464
Pewee Valley KY 40056

Darnel Inc
c/o Brian Yosef, Esq
Brickell Bayview Centre Ste 1720
80 SW 8th St
Miami FL 33130

De Lage Landen Financial
POB 41601
Philadelphia PA 19101-1601

Deibel Greenhouses
Attn Dennis Deible
6801 W Highway 146
Crestwood KY 40014

Deluxe for Business
POB 88042
Chicago IL 60680-1042

Diocesan Publication Inc
POB 3250
Dublin OH 43016-3250

Discover
POB 15735
Wilmington DE 19886-5735

Don Meredith Reprography
POB 17421
Louisville KY 40217

Duggins Co Inc
1116 Ulrich Avenue
Louisville KY 40219

Earl Thieneman Greenhouse
12704 Old Henry Road
Louisville KY 40223

Earth First of Kentucky Inc
Attn Juanita
POB 426
Greenville IN 47124

Ford Credit
POB 94380
Palatine IL 60094-4380

Ford Motor Credit
POB 17948
Greenville SC 29606-8948

G&K
Attn Trina
1200 Maple Street
Louisville KY 40210

Glanz Plumbing & Heating
3402 College Drive
Louisville KY 40299

Greater Louisville Inc
614 West Main Street
Suite 6000
Louisville KY 40202

Hawk Mountain Tree Farms
667 Church Road
Boone NC 28607

Henri Studio Inc
Department 5405
POB 1170
Milwaukee WI 53201

Hines Nurseries
15049 Collections Center Drive
Chicago IL 60693

Home Depot
POB 6029
The Lakes NV 88901-6029

Hope Gardiner
208 Willoughby Ct
Louisville KY 40245

Iseli Nursery Inc
36518 Treasury Center
Chicago IL 60694-6500

John Deere Credit
Department 77454
POB 77000
Detroit MI 48277-0454

John Deere Landscapes
24110 Network Place
Chicago IL 60673-1241

Kentucky State Treasurer
Revenue Cabinet
Frankfort KY 40619

Kilgore Samaritan Counseling Center
Attn Wayne Harper
918 Ormsby Lane
Louisville KY 40242

Kinser & Kinser Inc
200 E Jefferson Street
POB 285
La Grange KY 40031

Koetter Pave Inc
2999 Industrial Parkway
Jeffersonville IN 47130

Kraemers Nursery Inc
POB 930
Mount Angel OR 97362

Little Creek Nursery
1229 John Oliver Road
Mc Minnville TN 37110

Logans
POB 729
Shelbyville KY 40066-0729

Louisville Magazine
137 W Muhammad Ali Blvd
Suite 101
Louisville KY 40202-1438

Louisville Nursery Association
POB 991095
Louisville KY 40269

Louisville Water Co
5500 S Third St
Louisville KY 40202

Lowes
POB 530970
Atlanta GA 30353-0970

Lynn Imaging
328 Old Vine Street
Lexington KY 40507

Middletown Equipment Rental
13030 Middletown Indust Blvd
Louisville KY 40223

Monrovia Growers
Attn: Veronica
POB 406964
Atlanta GA 30384-6964

Northwestern Mutual
POB 3007
Milwaukee WI 53201-3007

Oldham Co Chamber of Commerce
Attn: Deana
412 East Main Street
La Grange KY 40031

Oldham County Clerk
100 W. Jefferson Street
La Grange KY 40031

Oldham County Lumber
4 Quality Place
Buckner KY 40010

Pitny Bowes Inc
POB 856042
Louisville KY 40285-6390

Plants Inc
10264 Smithville Highway
Mitchellville TN 37119

PNC Bank
c/o SRA Assoiates Inc
401 Minnetonka Rd
Somerdale NJ 08083

PNC Bank
POB 747032
Pittsburgh PA 15274-7032

PNC Busines Platinum
POB 790408
Saint Louis MO 63179-0408

Purchase Power
POB 856042
Louisville KY 40285-6042

Randall Walker Farms
8240 Manchester Highway
Morrison TN 37357

Riverfarm Nursery
Attn Pat Carey
POB 32230
Louisville KY 40232

Robbo Group LLC
13159 Middletown Industrial Blvd
Suite G
Louisville KY 40223

Rotary Club of Louisville
401 W Main Street
Louisville KY 40202

Rueff Signs Inc
1530 E Washington Street
Louisville KY 40206

Rumpke
POB 538708
Cincinnati OH 45253

Scarrfs Nursery
Attn Peter Scarff
411 N State Route 235
New Carlisle OH 45344-2149

Seeds of Change
POB 15700
Santa Fe NM 87592

Shelby Auto Tire & Wheel
445 Frankfort Road
Shelbyville KY 40065

Southern Tire Service
Attn Herb
601 E Market Street
Louisville KY 40202

Suburban Towing
POB 19049
Louisville KY 40259

The Catering Company
Attn: Denise
POB 469
Pewee Valley KY 40056

Thieneman Greenhouses
9120 Blowing Tree Road
Louisville KY 40220

Tiffany Gaskin
8305 Dawson Hill Rd
Louisville KY 40299

US Green Building Council
743 E Broadway Ste 182
Louisville KY 40202

Van Bloem Gardens
Attn Tessa
POB 550
Meridian MS 39302-0050

Voyager Fleet Systems Inc
POB 790049
Houston TX 77279-0049

Walters Gardens Inc
POB 137
Zeeland MI 49464-0137

Yew Dell Inc
Attn Paul Coppiello
POB 1334
Crestwood KY 40014